Kew Gardens Assoc. v Wells Fargo Bank, N.A. (2025 NY Slip Op 52162(U))

[*1]

Kew Gardens Assoc. v Wells Fargo Bank, N.A.

2025 NY Slip Op 52162(U)

Decided on December 3, 2025

Civil Court Of The City Of New York, Queens County

Torres, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 3, 2025
Civil Court of the City of New York, Queens County

Kew Gardens Associates, Petitioner (Judgment-Creditor),

againstWells Fargo Bank, N.A., Respondent-Garnishee(s), and 
 Meytal Toobe Castro, Respondent-Debtor(s).

Index No. CV-17457-25/QU

Patrick Hayes Torres, J.

Upon the foregoing cited papers, the Decision and Order on plaintiff's notice of motion for a Turnover Order on a sum of money restrained at Wells Fargo Bank is decided as follows:
Plaintiff's notice of motion for a Turnover Order on a sum of money restrained at Wells Fargo Bank is denied. Plaintiff obtained a judgment against defendant in the amount of $11,811.22.00 exclusive of interest and fees in Queens County Civil Court under index number CV-03224-13. Pursuant to a subpoena Wells Fargo Bank has restrained a sum of $13, 479.51 that includes interest belonging to defendant. Plaintiff as a result submitted this motion to this Court with an affidavit of service showing defendant was served. However, the affidavit is defective. The affiant never mentioned that the Notice of Petition was affixed to defendant's door, nor did they show repeated genuine attempts at personal service prior to performing a nail and mail service. See Estate of Waterman v Jones, 46 AD3d 63 [2d dept 2007]. Therefore, plaintiff's motion is denied without prejudice and with leave to re-submit.
Dated: December 3, 2025Queens, New YorkHon. Patrick Hayes Torres, JCC